448 A.2d 1156

West et al., Appellants v. Thomas Jeff. Hospital et al.
Petition for Allowance of Appeal Denied Oct. 7, 1982.

Argued May 3, 1982. Arnold F. Laikin, for appellants; William V. Coleman, for appellees.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.

July 16, 1982.

450 A.2d 754

Abramson, etc. v. Rothman, et al.

Appeal of Lee Rothman.
Reargument Denied Sept. 30, 1982.

Petition for Allowance of Appeal Denied Dec. 14, 1982.

Argued March 9, 1982. Charles W. Craven, for appellant; Martin M. Krimsky, for Abramson, appellee; Albert L. Bricklin, for Quaker, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment affirmed.